No. 543.  BLACK ET AL. v. STRAND ET AL.;

No. 544.  BLACK ET AL. v. BRANDO, ADMINISTRATRIX, ET AL.;

No. 545.  BLACK ET AL. v. DENVER UNITED STATES NATIONAL BANK; and

No. 653.  BRANDO, ADMINISTRATRIX, ET AL. v. BLACK ET AL.  C. A. 8th Cir.  Motion for issuance of a peremptory writ of certiorari in No. 543 denied.  Certiorari denied.  MR. JUSTICE WHITE took no part in the consideration or decision of this motion or of these petitions.  *Leslie R. Bishop* for petitioners in Nos. 543, 544 and 545 and for respondents in No. 653.  *Allen E. Susman* for petitioners in No. 653 and for respondents in No. 544.  Reported below: No. 543, 362 F. 2d 8; Nos. 544 and 653, 362 F. 2d 19; and No. 545, 362 F. 2d 38.

No. 659.  WISCONSIN v. MILWAUKEE BRAVES, INC., ET AL.  Sup. Ct. Wis.  Certiorari denied.  MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.  MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.  *Bronson C. La Follette,* Attorney General of Wisconsin, *Arlen Christenson,* Deputy Attorney General, *George F. Sieker,* Assistant Attorney General, *Robert P. Russell, Steven E. Keane, Lloyd N. Cutler, Louis F. Oberdorfer, Max O. Truitt, Jr.,* and *Timothy B. Dyk* for petitioner.  *Ray T. McCann* and *Louis F. Carroll* for respondents.  *William G. Clark,* Attorney General, for the State of Illinois, as *amicus curiae,* in support of the petition.

No. 709.  McCULLOUGH TOOL CO. ET AL. v. WELL SURVEYS, INC., ET AL.  C. A. 10th Cir.  Motion to use record in No. 366, October Term, 1965, granted.  Certiorari denied.  *R. Welton Whann* for petitioners.  *Rufus S. Day, Jr.,* and *Robert W. Fulwider* for respondents.